FILED

1  Bridgett Anderson
   1005 N. Center Ave #3304
2  Ontario, CA 91764
   (818) 331-9889
3

4  Defendant, In Pro Per

2017 MAY -8 PM 12:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EQUITY RESIDENTIAL MANAGEMENT ) Case No. ED CV17-00886 JGB (DTBx)
LLC                            )
                               )
Plaintiff(s),                  )
                               )
       vs.                     )   **NOTICE OF REMOVAL**
                               )
BRIDGETT ANDERSON; and DOES 1-10 )
                               )
Defendant.                     )
                               )
                               )
                               )
                               )

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that defendant Bridgett Anderson ("Defendant") hereby removes to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On March 22, 2017, Plaintiff, Equity Residential Management LLC ("Plaintiffs") filed an unlawful detainer action in the Superior Court of California, County of San Bernardino, entitled Equity

1

Residential Management LLC v. Bridgett Anderson, and DOES 1 to 10, Case No. UDFS1701948. Defendant's Demurrer and Answer to the complaint for unlawful detainer was based on a defective Notice to Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, Demurrer and Answer are attached hereto as **Exhibit "A"**.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).
3. There are no other named Defendants in the action.
4. No previous request has been made for the relief requested.
5. The Superior Court of California for the County of San Bernardino, located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).
6. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7. The complaint for Unlawful Detainer is subject to strict notice requirements.
8. Defendant filed a Demurrerr to the complaint based on a defective notice, i.e., the Notice to Pay Rent or Quit, failed to comply with The Protecting Tenants at Foreclosure Act [12 U.S.C. §5220].
9. Notwithstanding said violation of 12 U.S.C. §5220, the Superior Court for the San Bernardino County has not sustained the Demurrer.

///
///
///

10. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, Defendant Bridgett Anderson respectfully removes this action from the California Superior Court for the County of San Bernardino pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: 5-8-2017

By: *Bridgett Anderson*
**BRIDGETT ANDERSON**
**Defendant, In Pro Per**

**EXHIBIT "A"**

**SUM-130**

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Bridgett Anderson; AND DOES 1 TO 10 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
EQUITY RESIDENTIAL MANAGEMENT, LLC

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

MAR 2 2 2017

BY _____
ARIANNA YEPEZ, DEPUTY

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   **CASE NUMBER:** *(Número del caso)* UDFS1701948

   SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO, FONTANA DIVISION
   17780 ARROW BLVD
   FONTANA, CA 92335

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Kimball, Tirey & St. John LLP
   2040 Main Street, Suite 500          (949) 476-5585
   Irvine, CA 92614

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)** [X] did not  [ ] did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

   Date: MAR 2 2 2017                 Clerk, by **ARIANNA YEPEZ**, Deputy
   *(Fecha)*                          *(Secretario)* _____ *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)          [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

Martin Dean's
ESSENTIAL FORMS™

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

17-3161739

**SUM-130**

| PLAINTIFF (Name): EQUITY RESIDENTIAL MANAGEMENT, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Bridgett Anderson | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and ZIP:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Helaine S. Ashton, Bar #135698<br>Kimball, Tirey & St. John LLP<br>2040 Main Street, Suite 500<br>Irvine, CA 92614<br>TELEPHONE NO.: (949) 476-5585    FAX NO. (Optional): (949) 476-5580<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino<br>STREET ADDRESS: 17780 ARROW BLVD<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FONTANA, CA 92335<br>BRANCH NAME: FONTANA DIVISION | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>FONTANA DISTRICT<br>MAR 2 2 2017<br>BY _____ ARIANNA YEPEZ, DEPUTY |
| PLAINTIFF: EQUITY RESIDENTIAL MANAGEMENT, LLC<br>DEFENDANT: Bridgett Anderson<br>[X] DOES 1 TO 10 inclusive | |
| **COMPLAINT - UNLAWFUL DETAINER***<br>[X] COMPLAINT    [ ] AMENDED COMPLAINT (Amendment Number): | CASE NUMBER:<br>UDFS1701948 |

**Jurisdiction** (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [X] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)    [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)    [ ] from unlimited to limited

1. PLAINTIFF (name each): EQUITY RESIDENTIAL MANAGEMENT, LLC

   alleges causes of action against DEFENDANT (name each):
   Bridgett Anderson

2. a. Plaintiff is    (1) [ ] an individual over the age of 18 years.    (4) [ ] a partnership.
                      (2) [ ] a public agency.                             (5) [ ] a corporation.
                      (3) [X] other (specify): Limited Liability Company

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   1005 N. Center Ave. #3304
   Ontario, CA 91764
   County of San Bernardino

4. Plaintiff's interest in the premises is    [ ] as owner    [X] other (specify): Authorized Agent

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about (date): 6/4/2016    defendant (name each):
   Bridgett Anderson

   (1) agreed to rent the premises as a [ ] month-to-month tenancy [X] other tenancy (specify): 11 Months
   (2) agreed to pay rent of $ 1,729.00 payable [X] monthly [ ] other (specify frequency):
   (3) agreed to pay rent on the [X] first of the month [ ] other day (specify):
   b. This [X] written [ ] oral    agreement was made with
   (1) [ ] plaintiff.                                    (3) [ ] plaintiff's predecessor in interest.
   (2) [X] plaintiff's agent.                           (4) [ ] other (specify):

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).    Page 1 of 3

Form Approved for Optional Use    **COMPLAINT - UNLAWFUL DETAINER**    Civil Code, § 1940 et seq.
Judicial Council of California                                           Code of Civil Procedure §§ 425.12, 1166
UD-100 [Rev. July 1, 2005]                                               www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™                    17-3161739

| PLAINTIFF (Name): EQUITY RESIDENTIAL MANAGEMENT, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Bridgett Anderson | |

6. c. [X] The defendants not named in item 6a are
   (1) ☐ subtenants.
   (2) ☐ assignees.
   (3) [X] other (specify): Unknown
   d. ☐ The agreement was later changed as follows (specify):

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
   f. [X] (For residential property) A copy of the written agreement is **not** attached because (specify reason):
   (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).
7. [X] a. Defendant (name each): Bridgett Anderson

   was served the following notice on the same date and in the same manner:
   (1) [X] 3-day notice to pay rent or quit         (4) ☐ 3-day notice to perform covenants or quit
   (2) ☐ 30-day notice to quit                     (5) ☐ 3-day notice to quit
   (3) ☐ 60-day notice to quit                     (6) ☐ Other (specify):
   b. (1) On (date): 03/09/2017                    the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [X] The notice included an election of forfeiture.
   e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
   (1) ☐ by personally handing a copy to defendant on (date):
   (2) ☐ by leaving a copy with (name or description):
       a person of suitable age and discretion, on (date):                           at defendant's
       ☐ residence  ☐ business AND mailing a copy to defendant at defendant's place of residence on
       (date):                         because defendant cannot be found at defendant's residence or usual place of business.
   (3) [X] by posting a copy on the premises on (date): 3/6/2017         ☐ AND giving a copy to a
       person found residing at the premises AND mailing a copy to defendant at the premises on
       (date): 3/6/2017
       (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
       (b) [X] because no person of suitable age or discretion can be found there.
   (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
   (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
   b. ☐ (Name):
       was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name): | EQUITY RESIDENTIAL MANAGEMENT, LLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT (Name): | Bridgett Anderson | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $     1,726.00
11. ☒ The fair rental value of the premises is $     57.63 per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☒ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.
15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of $    1,726.00
    d. ☒ reasonable attorney fees.
    e. ☒ forfeiture of the agreement.
    f. ☒ damages at the rate stated in item 11 from *(date):* 04/01/2017 for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☐ other *(specify):*
18. ☒ Number of pages attached *(specify):* 3

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ **did not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*
    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 03/21/2017     R Scott Andrews
                                 Bar #219936

(TYPE OR PRINT NAME)                  ▶          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ See attached verification

(TYPE OR PRINT NAME)                                        (SIGNATURE OF PLAINTIFF)

UD-100 [Rev. July 1, 2005]
Martin Dean's
ESSENTIAL FORMS™

**COMPLAINT - UNLAWFUL DETAINER**                    Page 3 of 3

17-3161739

## **VERIFICATION**

I, the undersigned, say:

That I am the attorney for the Plaintiff in this action; the Plaintiff is absent from the County of Orange, California, where I have my office; or the Plaintiff is otherwise unable to verify this pleading as of the date set forth hereinbelow; and I make this verification for and on behalf of the party for that reason. I have read the attached Complaint for Unlawful Detainer and know its contents. I am informed and believe, and on that ground allege, that the matters stated in it are true.

Executed on March 21, 2017, at Irvine, California. I declare under penalty of perjury that the foregoing is true and correct.

KIMBALL, TIREY & ST. JOHN, LLP
Attorneys for Plaintiff

R Scott Andrews
Bar #219936

THREE-DAY NOTICE TO PAY RENT OR QUIT
(STATE OF CALIFORNIA)

TO:   Bridgett Anderson
      1005 North Center Avenue 3304
      Ontario, CA 91764

All Residents (tenants and subtenants) in possession (full name) and all others in possession of the premises located above:

WITHIN THREE DAYS after the service on you of this Notice, you are hereby required to make payment PAYABLE to:

Equity Residential Management, L.L.C., as Agent for the Owner of Centre Club (Owner/Agent), the rent for the premises amounting to the total sum of:

$1,726 for the rental period from March 1, 2017 through March 31, 2017

OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES.

If you fail to perform or otherwise comply, Owner/Agent declares the forfeiture of your Rental Agreement/Lease and will institute legal proceedings to obtain possession. Such proceedings could result in a judgment against you, which may include attorneys' fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency. This Three-day Notice to Pay Rent or Quit supersedes all previous Three-day Notices to Pay Rent or Quit, if any.

Payment must be made to Owner/Agent at the following address:

Centre Club
1005 North Center Avenue
Ontario, CA 91764
(909) 989-0662
Brianne Lecair, Community Manager

Payments must be made by Cashier's Check or Money Order to Owner/Agent during the times listed below for the following days of the week:

| Day | Hours | | |
|---|---|---|---|
| Monday: | between the hours of | 9:00 AM and | 6:00 PM |
| Tuesday: | between the hours of | 9:00 AM and | 6:00 PM |
| Wednesday: | between the hours of | 10:00 AM and | 6:00 PM |
| Thursday: | between the hours of | 9:00 AM and | 6:00 PM |
| Friday: | between the hours of | 9:00 AM and | 7:00 PM |
| Saturday: | between the hours of | 9:00 AM and | 6:00 PM |
| Sunday: | between the hours of | 9:00 AM and | 5:00 PM |
|  |  | 12:00 PM and | 5:00 PM |

Executed on March 6, 2017

EQUITY RESIDENTIAL MANAGEMENT, L.L.C., as Agent for the Owner of Centre Club

By: *Brianne Lecair*
    Brianne Lecair

Three Day Notice to Pay Rent or Quit (California) v6  Revised 06/30/2011

©Equity Residential 2011. All Rights Reserved.

RECEIVED: 2017-03-20 15:44:29 (GMT -08:00)

EXHIBIT 2

## DECLARATION OF SERVICE OF NOTICE TO RESIDENT

I, the undersigned, declare that at the time of service of the papers herein referred to, I was at least eighteen (18) years of age, and that I served the Three-Day Notice to Pay Rent or Quit notice.

on the following resident(s)    Bridgett Anderson

   1005 North Center Avenue 3304
   Ontario, CA 91764

on March 6, 2017

[ ] BY DELIVERING a copy of the Notice to the following resident(s) PERSONALLY:

_____

OR

[ ] BY LEAVING a copy for each of the above-named resident(s) with a person of suitable age and discretion at the residence or usual place of business of the resident(s), said resident(s) being absent therefrom;

AND MAILING by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

OR

[X] BY POSTING a copy for each of the above-named resident(s) in a conspicuous place on the premises therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said resident(s);

AND MAILING by first class mail on the same day as posted, a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to the resident(s) at the place where the property is situated.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed March 6, 2017

In Ontario, California.

_Brianne Lecaw_                              _Brianne Lecaw_
Name of Declarant (Print)                    (Signature of Declarant)

Three Day Notice to Pay Rent or Quit (California) v6 Revised 06/30/2011

©Equity Residential 2011 All Rights Reserved.

RECEIVED: 2017-03-20 15:44:43 (GMT -06:00)

**EXHIBIT 3**

Bridgett Anderson
1005 N. Center Avenue # 3304
Ontario, CA 91764
(818) 331-9889

Defendant, In Pro Per

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>vs.<br><br>BRIDGETT ANDERSON; and DOES 1-10<br><br>Defendant. | Case No. UDFS1701948<br><br>NOTICE OF DEMURRER; AND DEMURRER TO UNLAWFUL DETAINER ACTION<br><br>Date: May 10, 2017<br>Time: 8:00 am<br>Dept: F6 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 10, 2017 or soon thereafter, as the matter may be heard in the above-referenced Court, located at 17780 Arrow Blvd., Fontana, CA 92335, Defendant Bridgett Anderson will and does hereby move the Court for an order sustaining this Demurrer and dismissal of the Unlawful Detainer Complaint filed by Plaintiff without leave to amend.

    The demurrer is made pursuant to Civil Code of Procedure Section 170 on the grounds that the 3 day notice served by Defendant is defective as it does not contain the information required by Civil Code of Procedure Section 116(2), and further that the 3 day Notice overstates the amount of rent due, and was served before the stated amount became due, thus it is fatally defective and will not

1
Demurrer

support an Unlawful Detainer action. This demurrer is also made pursuant to Civil Code of Procedure Section 430(10e) on the grounds that the Complaint fails to state a cause of action for unlawful detainer due to the defective 3 day notice.

    The demurrer is based upon the notice of demurrer, the memorandum of points and authorities, and upon such oral and documented evidence that may be presented by defendant upon hearing of the demurrer.

Dated: April 11, 2017                  By: /s/ Bridgett Anderson
                                           BRIDGETT ANDERSON
                                           Defendant In *Pro Per*

# DEMURRER TO PLAINTIFF'S COMPLAINT

Defendant Bridgett Anderson, hereby generally demurs to the unlawful detainer complaint filed by Equity Residential Management, LLC ("Plaintiff") as follows:

On March 22, 2017, Plaintiffs filed its unlawful detainer complaint, in the above-referenced court. Defendant's demurrer must be sustained on the following grounds.

## FIRST GROUNDS FOR DEMURRER

Defendant generally demurs to the unlawful detainer complaint on the grounds that the 3 day notice alleged in the complaint overstates the amount of rent due, thus it is fatally defective and will not support an unlawful detainer action.

## SECOND GROUNDS FOR DEMURRER

Defendant generally demurs to the unlawful detainer complaint on the grounds that the 3 day notice alleged in the complaint was served before the inaccurate stated amount became due. Thus it is fatally defective and will not support an unlawful detainer action.

Defendant hereby requests that this Court sustain this demurrer and that Plaintiff's complaint be dismissed without leave to amend.

Dated: April 11, 2017

By: *Bridgett Anderson*
BRIDGETT ANDERSON
Defendant In *Pro Per*

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/residence address is: 11118 Phillippi Ave Pacoima CA 91331

On April ___, 2017, I served the foregoing document(s) described as:

**NOTICE OF DEMURRER AND DEMURRER TO UNLAWFUL DETAINER COMPLAINT**

to the following parties:

Kimball, Tirey & St. John
2040 Main St.
Irvine, CA 92614
(949) 476-5585

[ x ] (By U.S. Mail) I deposited such envelope in the mail at Fontana, California with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed in valid in postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/11/2017                    Micheal Edwads.

4
Demurrer

COUNTY OF SAN BERNARDINO SUPERIOR COURT
FONTANA DISTRICT
17780 ARROW HIGHWAY
FONTANA, CA 92335

\*\*NOTICE\*\*
CASE NO: UDFS1701948

BRIDGETT ANDERSON
1005 N. CENTER AVE. #3304
ONTARIO CA 91764

TITLE OF CASE: EQUITY RESIDENTIAL -V- ANDERSON

DEMURRER HEARING}
Pursuant to Rule of Court 3.1320(d) the hearing previously set for 05/10/17 has been changed. The hearing is reset for 04/25/17 at 8:00 am in Dept. F6 all parties are notified to appear.

DATE: 04/13/17    Nancy Eberhardt, Court Executive Officer
                                          BY: JEANNA CASTILLO

---

CERTIFICATE OF SERVICE BY MAIL

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:
(✓) Enclosed in an envelope mailed to the interested party address above, for collection and mailing this date, following ordinary business practice.
( ) Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above, or as shown on the attached listing.

Executed on 04/13/17, at Fontana, California.

By: JEANNA CASTILLO
_____
Deputy Clerk

UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| NAME: Bridgett Anderson   STATE BAR NO.: | | |
| FIRM NAME: | | FILED |
| ADDRESS: 1005 N. Center Ave #3304 | | SUPERIOR COURT OF CALIFORNIA |
| CITY: Ontario   STATE: CA   ZIP CODE: 91764 | | COUNTY OF SAN BERNARDINO |
| E-MAIL ADDRESS (Optional):   TELEPHONE NO.: (818) 331-9889 | | FONTANA DISTRICT |
| ATTORNEY FOR (Name): Defendants In Pro Per   FAX NO. (Optional): | | APR 28 2017 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO | | BY  |
| STREET ADDRESS: 17780 Arrow Blvd | | DENISE NELSON, DEPUTY |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: Fontana, CA 92335 | | |
| BRANCH NAME: | | |
| PLAINTIFF: EQUITY RESIDENTIAL MANAGEMENT LLC | | |
| DEFENDANT: BRIDGETT ANDERSON | | |
| ANSWER—UNLAWFUL DETAINER | | CASE NUMBER: UDFS1701948 |

1. Defendant *(each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs):* BRIDGETT ANDERSON

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT:
      (1) Defendant claims the following statements of the complaint are false *(state paragraph numbers from the complaint or explain below or on form MC-025):* ☐ Explanation is on MC-025, titled as Attachment 2b(1).

      paragraph numbers: 7-10

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(state paragraph numbers from the complaint or explain below or on form MC-025):*
      ☐ Explanation is on MC-025, titled as Attachment 2b(2).

3. **AFFIRMATIVE DEFENSES** *(NOTE: For each box checked, you must state brief facts to support it in item 3k (top of page 2).)*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date):* _____ before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☑ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☑ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. ☑ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state in item 3k the facts showing violation of the ordinance.)*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Plaintiff seeks to evict defendant based on acts against defendant or a member of defendant's household that constitute domestic violence, sexual assault, or stalking. *(A temporary restraining order, protective order, or police report not more than 180 days old is required naming you or your household member as the protected party or a victim of these crimes.)*
   j. ☑ Other affirmative defenses are stated in item 3k.

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. January 1, 2012]
ANSWER—UNLAWFUL DETAINER
Page 1 of 2
Civil Code, § 1940 et seq.;
Code of Civil Procedure, § 425.12, § 1161 et seq.
www.courts.ca.gov

Susan E. Greek, SBN 126739
KIMBALL, TIREY & ST. JOHN LLP
2040 Main Street, Suite 500
Irvine, CA 92614
(949) 476-5585
FAX (949) 476-5580

Attorney for Plaintiff EQUITY RESIDENTIAL MANAGEMENT, LLC

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN BERNARDINO / FONTANA DIVISION

| | |
|---|---|
| EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>Bridgett Anderson<br><br>Defendant(s). | Case No. UDFS1701948<br><br>*NOTICE OF RULING* |

NOTICE IS HEREBY GIVEN, that the DEMURRER in this matter was heard by the court on April 25, 2017 at 8:00 am, in Department F6. The DEMURRER was OVERRULED. Defendant was ordered to answer only within five (5) days. Trial has been scheduled for May 9, 2017 at 8:00 am, in Department F6 of the Superior Court located at: 17780 Arrow Highway, Fontana, CA 92335.

DATED: 4/25/2017

_____
Susan E. Greek, SBN 126739
KIMBALL, TIREY & ST. JOHN
Attorneys for Plaintiff

1
NOTICE OF RULING

## PROOF OF SERVICE

EQUITY V. ANDERSON

UDFS1701948

I, Monica Rodriguez, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2040 Main Street, Suite 500, Irvine, CA 92614.

On, 4/25/2017 I served the foregoing document described as NOTICE OF RULING on the interested parties in this action, by mail, by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Bridgett Anderson
1005 N. CENTER AVE. #3304
ONTARIO, ONTARIO 91764

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on 4/25/2017 at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Monica Rodriguez

KIMBALL, TIREY
& ST. JOHN LLP
ATTORNEYS AT LAW

2

NOTICE OF RULING